1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA 94025
4  Telephone:   650-614-7400
   Facsimile:   650-614-7401
5  lchermle@orrick.com
   jliburt@orrick.com
6  jperry@orrick.com

7  Attorneys for Defendant
   APPLE INC.

8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 DAVID WALSH, an individual, on behalf    CASE NO. 08 CV 1410 JM POR
   of himself, and on behalf of all persons
13 similarly situated,                       JOINT MOTION FOR EXTENSION OF
                                             TIME TO RESPOND TO COMPLAINT
14        Plaintiff,

15   v.

16 APPLE INC.; and DOES 1-10,
                                             Judge:   Hon. Jeffrey T. Miller
17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

OHS West:260498578.1                         JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO
                                             COMPLAINT (CASE NO. 08 CV 1410 JM POR)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Apple Inc. ("Apple") and Plaintiff David Walsh hereby move for an extension of time and respectfully request that the Court grant a fourteen (14) day extension and set a date of September 11, 2008, for Apple to respond to the Complaint. Good cause exists to grant this motion on the following grounds:

1. No previous applications for an extension of time has been made;

2. Apple recently retained counsel in this action, and counsel needs a brief extension of time to familiarize themselves with the facts and prepare a responsive pleading;

3. Counsel for Plaintiff has agreed to the requested extension of time;

4. The parties agree that they will not be prejudiced by the Court's issuing an Order approving this Joint Motion;

5. The requested extension will not impact any trial or other deadlines in the case; and

6. The parties are not aware of any exigent circumstances attendant with this proceeding that would justify the Court withholding its approval of this Joint Motion.

///
///
///

OHS West:260498578.1

JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (CASE NO. 08 CV1410 JM POR)

-1-

1  THE PARTIES HEREBY JOINTLY MOVE that Apple be granted a fourteen (14) day extension
2  to file a response to the Complaint, making Apple's new deadline to respond to the Complaint on
3  September 11, 2008.

4

5  Dated: August 26, 2008

6                                              LYNNE C. HERMLE
                                                JOSEPH C. LIBURT
7                                               JESSICA R. PERRY
                                                ORRICK, HERRINGTON & SUTCLIFFE LLP
8
                                                      /s/ Jessica R. Perry
9                                               _____
                                                       Jessica R. Perry
10                                              Attorneys for Defendant
                                                       Apple Inc.

11  Dated: August 26, 2008

12                                              NORMAN B. BLUMENTHAL
                                                KYLE R. NORDREHAUG
13                                              APARAJIT BHOWMIK
                                                BLUMENTHAL & NORDREHAUG
14
                                                WALTER HAINES
15                                              UNITED EMPLOYEES LAW GROUP

16                                                    /s/ Norman B. Blumenthal
                                                _____
17                                                     Norman B. Blumenthal
                                                Attorneys for Plaintiff
18                                                     David Walsh

19
20
21
22
23
24
25
26
27
28

OHS West:260498578.1                                    JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO
                                                        COMPLAINT (CASE NO. 08 CV1410 JM POR)
                                          -2-

1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   JOSEPH C. LIBURT (STATE BAR NO. 155507)
2  JESSICA R. PERRY (STATE BAR NO. 209321)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  1000 Marsh Road
   Menlo Park, CA 94025
4  Telephone:   650-614-7400
   Facsimile:   650-614-7401
5  lchermle@orrick.com
   jliburt@orrick.com
6  jperry@orrick.com

7  Attorneys for Defendant
   APPLE INC.

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12 DAVID WALSH, an individual, on behalf      CASE NO. 08 CV 1410 JM POR
   of himself, and on behalf of all persons
13 similarly situated,                        [PROPOSED] ORDER GRANTING JOINT
                                              MOTION FOR EXTENSION OF TIME TO
14          Plaintiff,                        RESPOND TO COMPLAINT

15    v.

16 APPLE INC.; and DOES 1-10,

17          Defendants.                       Judge:   Hon. Jeffrey T. Miller

18

19
        Pursuant to the joint motion and stipulation by and between Defendant Apple Inc. ("Apple") and
20
   Plaintiff David Walsh, and good cause appearing therefor, the time in which Apple is required to
21
   respond to the Complaint is hereby extended until September 11, 2008.
22
        IT IS SO ORDERED.
23

24

25 Dated: _____

26

27                                            _____
                                              United States District Court Judge
28
   OHS West:260498935.1                       ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME
                                                                      TO RESPOND TO COMPLAINT
                                       -1-