| | |
|---|---|
| 1 | LYNNE C. HERMLE (STATE BAR NO. 99779) |
| 2 | JOSEPH C. LIBURT (STATE BAR NO. 155507)<br>JESSICA R. PERRY (STATE BAR NO. 209321) |
| 3 | SITTHIKIT CHARIYASATIT (STATE BAR NO. 252028)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 4 | 1000 Marsh Road<br>Menlo Park, CA 94025 |
| 5 | Telephone:   650-614-7400<br>Facsimile:    650-614-7401 |
| 6 | lchermle@orrick.com<br>jliburt@orrick.com |
| 7 | jperry@orrick.com<br>schariyasatit@orrick.com |
| 8 | Attorneys for Defendant |
| 9 | APPLE INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.; and DOES 1-10,<br><br>    Defendants. | CASE NO.  08 CV 1410 JM POR<br><br>**CORRECTED PROOF OF SERVICE**<br><br>Date:       November 14, 2008<br>Time:      1:30 p.m.<br>Dept.:     16<br>Judge:    Hon. Jeffrey T. Miller |

OHS West:260521002.1

CORRECTED PROOF OF SERVICE

# DECLARATION OF ELECTRONIC SERVICE

I, Tina McBride, am a citizen of the United States, more than eighteen years old and not a party to this action. My business address and place of employment is Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, California 94025.

I hereby certify that, on September 23, 2008, I have taken steps to cause the following documents:

**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

**DECLARATION OF HEATHER RAMIREZ IN SUPPORT OF DEFENDANT APPLE INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

when filed through the Electronic Case Filing ("ECF") system, to be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF"), including the following:

Norman B Blumenthal
norm@bamlawlj.com

The NEF shows no non-registered participants.

Executed on September 25, 2008, in Menlo Park, California.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

_____
Tina McBride

OHS West:260521002.1