**BLUMENTHAL & NORDREHAUG**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232
Attorneys for Plaintiff David Walsh

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
  Joseph C. Liburt (State Bar #155507)
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (562) 614-7401
Attorney for Defendant Apple, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALSH, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE, INC.; and Does 1 to 10,<br><br>Defendants. | CASE No. 3:08-cv-01410-JM-POR<br><br>JOINT MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF CALIFORNIA AND TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br><br>Judge: Hon. Jeffrey T. Miller<br>Court: Courtroom 16 (5th Flr.) |

The parties jointly move and stipulate as follows:

WHEREAS, Plaintiff David Walsh brings this action against Defendant Apple, Inc.

JOINT MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF CALIFORNIA AND TO PERMIT
PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Case No. 3:08-cv-01410-JM-POR

Dockets.Justia.com

and Does 1-10 on behalf of himself and a putative class of current and former Network Engineer and other employees allegedly similarly situated;

WHEREAS, Plaintiff served a summons and copy of his Class and Collective Action Complaint on Defendant Apple, through its agent for service, on or about August 8, 2008, and filed his First Amended Class and Collective Action Complaint ("First Amended Complaint") on or about September 9, 2008;

WHEREAS, on or about September 23, 2008, Defendant filed a Motion to Transfer Venue [Doc. No. 7], a Motion to Strike [Doc. No. 6], and a Motion for a More Definite Statement [Doc. No. 10] ("Motions"), which are currently set for hearing on November 14, 2008;

WHEREAS, Defendant's Motion to Transfer Venue contends that this action should be transferred to the San Jose Division of the Northern District of California pursuant to 28 U.S.C § 1404(a), and Defendant's Motion to Strike and Motion for a More Definite Statement contend that the First Amended Complaint is defective and/or indefinite in certain respects;

WHEREAS, Defendant Apple, Inc. is a California corporation with headquarters in Cupertino, California, located in the San Jose Division of the Northern District of California;

WHEREAS, the parties have met and conferred regarding transferring this action to the San Jose Division of the Northern District of California;

WHEREAS, the parties have agreed that transferring this action to the San Jose Division of the Northern District of California is appropriate under 28 U.S.C. § 1404(a), which authorizes a district court to transfer an action to another district court for the convenience of the parties and witnesses and in the interest of justice;

WHEREAS, transfer of this action will promote judicial economy and the convenience of the parties;

WHEREAS, the parties have further agreed that Plaintiff may file a Second Amended

JOINT MOTION TO TRANSFER CASE TO THE NORTHERN DISTRICT OF CALIFORNIA AND TO PERMIT PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

1      Case No. 3:08-cv-01410-JM-POR

1  Complaint to address certain of the issues raised in the Defendant's Motions and that
2  Defendant may respond to the Second Amended Complaint thirty (30) days after the
3  Plaintiff files and serves the Second Amended Complaint;
4      IT IS HEREBY STIPULATED that the above-captioned action should be transferred
5  to the San Jose Division of the Northern District of California, that Plaintiff shall have leave
6  to file a Second Amended Complaint following the transfer of the action, that Defendant's
7  Motions set for hearing on November 14, 2008 shall be taken off calendar, and that
8  Defendant shall have 30 days after the filing and service of the Second Amended Complaint
9  to answer or otherwise respond to the Second Amended Complaint.

11  DATED: October 21, 2008    BLUMENTHAL & NORDREHAUG

13      By: _/s/Kyle R. Nordrehaug_
    Kyle R. Nordrehaug
    Attorneys for Plaintiff David Walsh

15  DATED: October 21, 2008    ORRICK, HERRINGTON & SUTCLIFFE LLP

17      By: _Joseph C. Liburt_
    Joseph C. Liburt
    Attorneys for Defendant Apple, Inc.